No. 493. SHAVIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Eugene Gressman, William T. Kirby* and *Anna R. Lavin* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 495. WALTHAM WATCH CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *B. Paul Noble* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, James McI. Henderson* and *John Gordon Underwood* for respondent.

No. 501. DIVISION No. 892, AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, *v.* M. K. & O. TRANSIT LINES, INC. C. A. 10th Cir. Certiorari denied. *I. J. Gromfine* and *Herman Sternstein* for petitioner. *Robert A. Huffman* and *Karl H. Mueller* for respondent.

No. 507. HAHN & CLAY *v.* A. O. SMITH CORP. C. A. 5th Cir. Certiorari denied. *B. R. Pravel* and *Jack W. Hayden* for petitioner. *J. Vincent Martin* for respondent.

No. 513. BROWN *v.* DREW CHEMICAL CORP. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. John J. Monigan, Jr.* for respondent.

No. 520, Misc. NERSESIAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.